# Amalia Rodriguez-Mendoza
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 1748
### Austin, Texas 78767



January 13, 2015                    03-14-00749-CV

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle;

Re:  D-1-GN-13-002198

A clerk's record in cause number D-1-GN-13-002198 THE UNIVERSITY OF TEXAS AT AUSTIN
VS WILLIAM A. BELLINGHAUSEN, JR., was due in your office on DECEMBER 5, 2014 and
payment has not yet been received in this office.

If you have any question please contact me at (512) 854-5880.


Thank you,

Sincerely,

Patsy Ybarra
Deputy Court Clerk,
(512) 854-5880

cc: Court file

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |